## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

           Plaintiff,

vs.

RICH WALKER, INC.,

           Defendant.

8:17-CV-422

JUDGMENT

On the parties' Stipulation of Dismissal (filing 14), this action is dismissed with prejudice and without costs, expenses, or disbursements to any party.

Dated this 19th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge